UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL S. POLSKY, *Wis. Stats. Ch. 128*
*Receiver for Olsen's Mill, Inc.*,

        Appellant,

v.

RENEW ENERGY, LLC, *et al.*,

        Appellees.

Case No. 3:2010-cv-00494

Honorable Barbara B. Crabb

### ~~PROPOSED~~ ORDER ON APPELLANT MICHAEL S. POLSKY'S UNOPPOSED MOTION FOR A PROCEDURAL ORDER PURSUANT TO RULE 8011 TO CONSOLIDATE APPEALS

This matter having come before the Court on Appellant Michael S. Polsky's Unopposed Motion for a Procedural Order Pursuant to Rule 8011 to Consolidate Appeals (the "Motion"), due written notice having been served on all parties thereto,

**IT IS HEREBY ORDERED THAT**:

The Motion is granted.

Case numbers 3:2010-cv-00495, 3:2010-cv-00497 and 3:2010-cv-00498 shall be consolidated with the above-captioned appeal numbered 3:2010-cv-00494 for purposes of briefing, argument and disposition. The record for the consolidated appeals shall be the record filed in case no. 3:2010-cv-00495.

ENTERED: Sept. 7, 2010

*Barbara B. Crabb*
Honorable Barbara B. Crabb
UNITED STATES DISTRICT COURT